UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **JOHN HICKMAN** | **CASE NO. 5:20-CV-01027** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **JULIE JONES** | **MAGISTRATE JUDGE HAYES** |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED plaintiff's complaint is hereby DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction. Fed. R. Civ. P. 12(h)(3).

THUS DONE AND SIGNED, in Chambers, at Shreveport, Louisiana, this 30th day of December, 2020.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT COURT JUDGE